IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | )<br>)<br>) |
| Plaintiff, | )<br>)   Civ. A. No. 17-cv-00478<br>) |
| v. | )<br>) |
| U.S. DEPARTMENT OF JUSTICE, | )<br>) |
| Defendant. | ) |

## SETTLEMENT AGREEMENT AND RELEASE

Plaintiff Citizens for Responsibility and Ethics in Washington ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through their undersigned counsel, hereby enter into this Settlement Agreement as follows:

1.  Defendant shall pay Plaintiff in the amount of four hundred dollars ($400.00) in full and complete satisfaction of Plaintiff's claim for attorney's fees, costs, and litigation expenses under the Freedom of Information Act ("FOIA") in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiff's claims for attorney's fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest. Defendant shall make payment payable to Plaintiff within ninety (90) days of the date of this Settlement Agreement and Release.

2.  Upon execution of this Settlement Agreement, Plaintiff hereby releases and forever discharges Defendant and its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past,

present, or future claims for attorney's fees, costs, or litigation expenses in connection with the above-captioned litigation.

3. Concurrent with the execution of this Settlement Agreement, Plaintiff's counsel shall seek the dismissal of this case with prejudice pursuant to Fed. R. Civ. 41 (a) by filing the Stipulation of Dismissal with Prejudice attached hereto.

4. The parties acknowledge that this Settlement Agreement is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Defendant regarding Plaintiff's entitlement to attorney's fees and other litigation costs under the FOIA. This Settlement Agreement shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding.

5. This Settlement Agreement may be executed in counterparts on the parties' behalf by their attorneys of record, and is effective on the date by which both parties have executed this Agreement.

SO STIPULATED AND AGREED this 18th day of August, 2017.

| | |
|---|---|
| Anne L. Weismann<br>(D.C. Bar No. 298190)<br>Citizens for Responsibility and Ethics in Washington<br>455 Massachusetts Ave., N.W., Sixth Floor<br>Washington, D.C. 20001<br>Phone: (202) 408-5565<br>Facsimile: (202) 588-5020<br>aweismann@citizensforethics.org | MICHAEL H. BAER<br>Trial Attorney (New York Bar No. 5384300)<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20530<br>Telephone:  (202) 305-8573<br>Facsimile:   (202) 616-8460<br>E-mail:       Michael.H.Baer@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Defendant* |